Prob 12C

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

**PETITION FOR WARRANT OR SUMMONS FOR**
**OFFENDER UNDER SUPERVISION**

| | |
|---|---|
| **Offender Name:** | Richard SHEARER |
| **Docket Number:** | 2:00CR00345-04 |
| **Offender Address:** | Mt. Shasta, California |
| **Judicial Officer:** | Honorable Frank C. Damrell, Jr.<br>United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | January 7, 2002 |
| **Original Offense:** | Count 1: 18 USC 371 - Conspiracy to Defraud the United States (CLASS D FELONY)<br>Count 15: 26 USC 7206(1) - Making and Subscribing a False Income Tax Return (CLASS E FELONY) |
| **Original Sentence:** | 24 months custody Bureau of Prisons; 36 months term of Supervised Release; $10,000 fine; $5,000 restitution; $200 special assessment |
| **Special Conditions:** | Search; Financial restrictions and access; Incur no new credit accounts; Cooperate with the Internal Revenue Service (IRS); Report all vehicles to the United States Probation Officer |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | November 28, 2003 |
| **Assistant U.S. Attorney:** | Ben Wagner    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Oscar Stilley (retained)  **Telephone:** (479) 573-0726<br>701 South 21st Street<br>Fort Smith, Arizona 72901 |
| **Other Court Action:** | None |

Rev.  08/2006
VIOLATION__PETITION
(PROB12C-TSR) (ND).MRG

**RE:    SHEARER, RICHARD**
**Docket Number:  0972 2:00CR00345-04**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

---

## PETITIONING THE COURT

**( X )    OTHER:**    Releasee is to appear before the Court on November 20, 2006, at 10:00 am, to show cause why supervision heretofore granted should not be revoked.  The Probation Officer is hereby directed to notify the releasee and counsel of said hearing.

The probation officer alleges the offender has violated the following condition(s) of supervision:

**Charge Number       Nature of Violation**

**Charge 1:             FAILURE TO COOPERATE WITH IRS IN DETERMINATION OF PAYMENT OF ANY TAXES OWED**

The releasee has failed to cooperate with the IRS in the determination of payment of taxes owed, in violation of Special Condition Number 5.

**Justification:**       On October 27, 2006, Special Agent Shawn Breslin of the IRS notified the probation office that the releasee was not cooperating with the IRS in determining the payment of any taxes owed.  Since this violation is similar to his conduct in his original offense, it is felt formal Court proceedings are warranted.

**Bail/Detention:**     It appears the releasee is a  person  whose release is not restricted under  18  USC  3143.  Because the  releasee is  not viewed  as an imminent danger to the community, nor is he a flight risk, detention is not recommended at this time.

Rev.  08/2006
VIOLATION__PETITION
(PROB12C-TSR) (ND).MRG

RE:   **SHEARER, RICHARD**
      **Docket Number:  0972 2:00CR00345-04**
      **PETITION FOR WARRANT OR SUMMONS**
      <u>**FOR OFFENDER UNDER SUPERVISION**</u>


      **I declare under penalty of perjury that the foregoing is true and correct.**


**EXECUTED ON**:    November 3, 2006
                    Redding, California
                    JNG:aph


                         Respectfully submitted,

                         /s/ Joseph N. Gama

                         **JOSEPH N. GAMA**
                         **United States Probation Officer**
                         Telephone:  (530) 246-5476



                         /s/ Richard A. Ertola

**REVIEWED BY**:    _____

                    **RICHARD A. ERTOLA**
                    **Supervising United States Probation Officer**

Rev.  08/2006
VIOLATION__PETITION
(PROB12C-TSR) (ND).MRG

**RE:   SHEARER, RICHARD**
**Docket Number:  0972 2:00CR00345-04**
**PETITION FOR WARRANT OR SUMMONS**
**FOR OFFENDER UNDER SUPERVISION**

---

**THE COURT FINDS PROBABLE CAUSE AND ORDERS:**

(  )   The issuance of a warrant        (  )   Bail set at $ __        (  )   No Bail

(  )   The issuance of a summons (copy to Defense Counsel).

( X )   Other:        Releasee is to appear before the Court on November 20, 2006, at 10:00 am, to show cause why supervision heretofore granted should not be revoked.  The Probation Officer is hereby directed to notify the releasee and counsel of said hearing.

**FURTHER PROCEEDINGS REGARDING CUSTODY:**

(  )   Defendant is ordered detained, to be brought before District Judge forthwith.

(  )   Initial appearance and detention hearing before Magistrate Judge.

 November 8, 2006
**Date**

_____
**Signature of Judicial Officer**

cc:   United States Probation
      Ben Wagner, Assistant United States Attorney
      Oscar Stilley, Defense Attorney

Rev.  08/2006
VIOLATION__PETITION
(PROB12C-TSR) (ND).MRG

## STATEMENT OF EVIDENCE OF ALLEGED
## SUPERVISED RELEASE VIOLATIONS

Honorable Frank C. Damrell, Jr.
United States District Judge
Sacramento, California

                          RE:   **SHEARER, Richard**
                                **Docket Number: 0972 2:00CR00345-04**

Your Honor:

In addition to a copy of the **Acknowledgment of Conditions of Probation or Supervised Release and Receipt of Criminal Judgment and Judgment and Commitment Order,** the following evidence and/or testimony will be offered to support the probation officer's allegation that the above-named releasee is in violation of the conditions of supervision as stated on the attached Probation Form 12C - Petition for Warrant or Summons for Offender Under Supervision.

**Charge 1:    FAILURE TO COOPERATE WITH IRS IN DETERMINATION OF PAYMENT OF ANY TAXES OWED**

**A.    Evidence:**

(1)    Documentary: Letter completed by Special Agent Shawn Breslin of the Internal Revenue Service advising the releasee had failed to cooperate with the IRS based on his review of a letter prepared by Revenue Officer Gregory W. Gillen, who had been working with the releasee to try to determine any taxes owed.

(2)    Documentary:  Letter completed by Revenue Officer Gregory W. Gillen of the Internal Revenue Service advising the releasee had failed to cooperate with the IRS regarding any taxes possibly owed.

Rev.  08/2006
VIOLATION__PETITION
(PROB12C-TSR) (ND).MRG

RE:   **SHEARER, Richard**
　　　**Docket Number:   0972 2:00CR00345-04**
　　　<u>**STATEMENT OF EVIDENCE**</u>

Respectfully submitted,

/s/ Joseph N. Gama

**JOSEPH N. GAMA**
**United States Probation Officer**

**DATED:**　　November 3, 2006
　　　　　　　Redding, California
　　　　　　　JNG:aph

/s/ Richard A. Ertola
**REVIEWED BY**:　_____

**RICHARD A. ERTOLA**
**Supervising United States Probation Officer**

Rev. 08/2006
VIOLATION__PETITION
(PROB12C-TSR) (ND).MRG

## REVOCATION GUIDE - SUPERVISED RELEASE

**Offender Name:**  SHEARER, Richard          **Docket Number:**  0972 2:00CR00345-04

**Date of original offense:**  Count 1: December 1995-October 2000
Count 15: On or about October 14, 1999

**Original term of supervised release imposed:**  3 **years.**

**Highest grade of violation alleged:**          C

**Criminal History Category of offender:**          I

**Chapter 7 range of imprisonment:**  3 **to** 9 **months.**

**Maximum term on revocation - 18 USC 3583(e)(3):**  (*choose one below*)

___          **Class A felony - 5 years (or stat max of __ years if longer).**
___          **Class B felony - 3 years**
_X_          **Class C and/or D felony - 2 years**
___          **Class E felony and misdemeanors:  1 year**

**Violation requires mandatory revocation:  YES:** ___ **NO:** _X_ .

**Original offense committed after 09/13/94**:  Court may sentence up to the statutory maximum term of supervised release applicable to the original offense of conviction, but not exceed the maximum for the classes of offenses noted above.  Court must consider but is not bound by Chapter 7 ranges.  Upon revocation, the Court may re-impose supervised release; however, the term is limited to the statutory maximum authorized under Title 18 USC 3583(e)(3) for the original offense of conviction, less the term of imprisonment imposed upon revocation.

### MANDATORY REVOCATION ISSUES

**Original offense committed after 09/13/94:** Title 18 USC 3583 instructs that supervision shall be revoked upon a finding of:  1) Possession of a controlled substance; 2) Possession of a firearm; or, 3) Refusal to comply with mandatory drug testing.  If the violation involves the use of a controlled substance, the Court has the discretion to find that "use" constitutes "possession."

**Positive/Failed Drug Tests after 11/02/2002**:  Title 18 USC 3583(g) amended and instructs that supervision be revoked for:  Testing positive for illegal controlled substances more than three times over the course of one year.

November 3, 2006
JNG:aph

Rev.  08/2006
VIOLATION__PETITION
(PROB12C-TSR) (ND).MRG