```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  BENJAMIN B. WAGNER
    Assistant U.S. Attorney
 3  501 "I" Street, Suite 10-100
    Sacramento, California  95814
 4  Telephone: (916) 554-2745
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. CR S-00-345 FCD |
| Plaintiff, | ) |
| | ) STIPULATION RE: |
| v. | ) CONTINUANCE OF APPEARANCE |
| | ) ON SUPERVISED RELEASE |
| RICHARD SHEARER, | ) VIOLATION PETITION |
| | ) |
| Defendant. | ) |
| _____ | ) |

The United States of America, by its attorney, Benjamin B. Wagner, Assistant United States Attorney, and defendant Richard Shearer, through his attorney Oscar Stilley, hereby jointly request and stipulate as follows:

1. A sworn supervised release petition was filed in this case on November 8, 2006, conferring jurisdiction on this Court to take action on the petition, including revocation, regardless of the ending date of the defendant's term of supervision.

2. The parties request that the initial appearance on the supervised release petition, currently scheduled for Monday, November 20, 2006, at 10 am, be continued four weeks until December 18, 2006, at 10:00 am. The reason for the requested

1

continuance is to facilitate defense attorney Stilley's travel from Arkansas, and to allow the parties an opportunity to evaluate tax returns which the defendant filed with the IRS since the filing of the petition in this case.

**SO STIPULATED AND AGREED:**

DATED: November 17, 2006         McGREGOR W. SCOTT
                                 United States Attorney

                                   /S/ Benjamin Wagner
                              By:_____
                                 BENJAMIN B. WAGNER
                                 Assistant U. S. Attorney


                                   /S/ Oscar Stilley*
DATED: November 17, 2006         _____
                                 OSCAR STILLEY
                                 Counsel for defendant Easely

                              *signed by BBW, with Mr. Stilley's
                               permission, after being read to him
                               by telephone

**IT IS SO ORDERED:**


DATED:_____              _____
                              HON. FRANK C. DAMRELL
                              United States District Court Judge