McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2745

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | No. CR S-00-0345 FCD |
| Plaintiff, ) | |
| ) | STIPULATION RE: |
| v. ) | CONTINUANCE OF APPEARANCE |
| ) | ON SUPERVISED RELEASE |
| RICHARD SHEARER, ) | VIOLATION PETITION |
| ) | |
| Defendant. ) | |
| _____) | |

  The United States of America, by its attorney, Benjamin B. Wagner, Assistant United States Attorney, and defendant Richard Shearer, through his attorney Oscar Stilley, hereby jointly request and stipulate as follows:

  1.  A sworn supervised release petition was filed in this case on November 8, 2006, conferring jurisdiction on this Court to take action on the petition, including revocation, regardless of the ending date of the defendant's term of supervision.

  2.  The parties request that the initial appearance on the supervised release petition, currently scheduled for Monday, November 20, 2006, at 10:00 am, be continued four weeks until December 18, 2006, at 10:00 am.  The reason for the requested

continuance is to facilitate defense attorney Stilley's travel from Arkansas, and to allow the parties an opportunity to evaluate tax returns which the defendant filed with the IRS since the filing of the petition in this case.

**SO STIPULATED AND AGREED:**

DATED: November 17, 2006            McGREGOR W. SCOTT
                                    United States Attorney

                                     /S/ Benjamin Wagner
                                By:_____
                                    BENJAMIN B. WAGNER
                                    Assistant U. S. Attorney


                                     /S/ Oscar Stilley*
DATED: November 17, 2006            _____
                                    OSCAR STILLEY
                                    Counsel for defendant Easely

                                *signed by BBW, with Mr. Stilley's
                                 permission, after being read to him
                                 by telephone

**IT IS SO ORDERED:**

DATED: November 20, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

2