McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 "I" Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2745

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR S-00-345 FCD |
| | ) STIPULATION RE: |
| v. | ) CONTINUANCE OF APPEARANCE |
| | ) ON SUPERVISED RELEASE |
| RICHARD SHEARER, | ) VIOLATION PETITION |
| Defendant. | ) |

The United States of America, by its attorney, Benjamin B. Wagner, Assistant United States Attorney, and defendant Richard Shearer, through his attorney Oscar Stilley, hereby jointly request and stipulate as follows:

1. A sworn supervised release petition was filed in this case on November 8, 2006, conferring jurisdiction on this Court to take action on the petition, including revocation, regardless of the ending date of the defendant's term of supervision.

2. The parties request that the appearance on the supervised release petition, currently scheduled for Monday, December 18, 2006, at 10 am, be continued five weeks until January 22, 2007, at 10:00 am. The reason for the requested continuance is to

1

facilitate discussions between the IRS and attorney Stilley concerning defendant Shearer's compliance, and to allow the parties an opportunity to resolve the matter, which involves complex issues of fact and tax law.

**SO STIPULATED AND AGREED:**

DATED: December 15, 2006
McGREGOR W. SCOTT
United States Attorney

/S/ Benjamin Wagner
By:_____
BENJAMIN B. WAGNER
Assistant U. S. Attorney

/S/ Oscar Stilley*
DATED: December 15, 2006
_____
OSCAR STILLEY
Counsel for defendant Easely

*signed by BBW, with Mr. Stilley's permission, after being supplied to Mr. Stilley by fax

**IT IS SO ORDERED:**

DATED:_____
_____
HON. FRANK C. DAMRELL
United States District Court Judge