McGREGOR W. SCOTT
United States Attorney
BENJAMIN B. WAGNER
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2745

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CR. S-00-345 FCD |
| Plaintiff, ) | |
| ) | GOVERNMENT'S MOTION TO DISMISS |
| v. ) | PETITION FOR VIOLATION OF |
| ) | SUPERVISED RELEASE |
| RICHARD SHEARER, ) | |
| ) | Date: January 22, 2007 |
| Defendant. ) | Time: 10:00 a.m. |
| ) | Ctrm: Hon. Frank C. Damrell, Jr. |

The United States hereby moves to dismiss the violation petition as to defendant Shearer. Since the filing of the petition, Dr. Shearer has filed amended tax returns with the Internal Revenue Service and has paid in excess of $125,000 in back taxes. While there may continue to be outstanding issues involving Dr. Shearer's liability for penalties, interest, and possible additional back taxes, he appears to have substantially

///
///
///
///
///
///

1  complied with the conditions of his release in this case.
2  Accordingly, the government moves to dismiss the violation
3  petition.
4  Dated: January 18, 2007        McGREGOR W. SCOTT
                                   United States Attorney

                              By:  /s/ Benjamin B. Wagner
                                   BENJAMIN B. WAGNER
                                   Assistant U.S. Attorney

O R D E R

Based on the foregoing, IT IS HEREBY ORDERED that the violation petition as to defendant Richard Shearer is dismissed.

Dated: January     , 2007
                                   _____
                                   HON. FRANK C. DAMRELL, JR.
                                   United States District Judge