1  McGREGOR W. SCOTT
   United States Attorney
2  BENJAMIN B. WAGNER
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2745

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10
    UNITED STATES OF AMERICA    )
11                              )   CR. S-00-0345 FCD
                     Plaintiff, )
12                              )   GOVERNMENT'S MOTION TO DISMISS
            v.                  )   PETITION FOR VIOLATION OF
13                              )   SUPERVISED RELEASE; ORDER
    RICHARD SHEARER,            )
14                              )   Date: January 22, 2007
                     Defendant. )   Time: 10:00 a.m.
15                              )   Ctrm: Hon. Frank C. Damrell, Jr.

16       The United States hereby moves to dismiss the violation

17  petition as to defendant Shearer.  Since the filing of the

18  petition, Dr. Shearer has filed amended tax returns with the

19  Internal Revenue Service and has paid in excess of $125,000 in

20  back taxes.  While there may continue to be outstanding issues

21  involving Dr. Shearer's liability for penalties, interest, and

22  possible additional back taxes, he appears to have substantially

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

complied with the conditions of his release in this case.

Accordingly, the government moves to dismiss the violation

petition.

Dated: January 18, 2007             McGREGOR W. SCOTT
                                    United States Attorney

                                By:  /s/ Benjamin B. Wagner
                                    BENJAMIN B. WAGNER
                                    Assistant U.S. Attorney


                          **O R D E R**

      Based on the foregoing, IT IS HEREBY ORDERED that the

violation petition as to defendant Richard Shearer is dismissed.

Dated: January 19, 2007


_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE